B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

__Central__ District Of __California__

In re __Christopher Anthony Theodore, Heather A.__,    Case No. __8:11-bk-11516-TA__

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Ocwen Loan Servicing, LLC | GMAC Mortgage, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Attn: Bankruptcy Department
1100 Virginia Drive
Forr Washington, PA 19034

Court Claim # (if known): __3__
Amount of Claim: __$44,220.27__
Date Claim Filed: __03/08/2011__

Phone: __800-850-4622__
Last Four Digits of Acct #: __5117__

Phone: __800-850-4622__
Last Four Digits of Acct. #: __5117__

Name and Address where transferee payments should be sent (if different from above):
Attn: Payment Processing
3451 Hammond Avenue
Waterloo, IA 50702

Phone: __800-850-4622__
Last Four Digits of Acct #: __5117__

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __/s/ Renee M. Parker__    Date: __03/20/2013__
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**ROUTH CRABTREE OLSEN, P.S.**
Edward T. Weber, Esq., SBN #194963
Brett P. Ryan, Esq., SBN #200563
Jonathan J. Damen, Esq., SBN #251869
Kristi M. Wells, Esq., SBN #276865
1241 E. Dyer Road, Suite 250
Santa Ana, California 92705
Telephone 714-382-6422
Facsimile: 714-277-4899
Email rparker@rcolegal.com

File No.: RCO 7314.35864
Attorneys for Ocwen Loan Servicing, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| In re: | Bk. No. 8:11-bk-11516-TA |
|---|---|
| Christopher Anthony Theodore and Heather Ann Marie Theodore | Chapter 13 |
| | PROOF OF SERVICE |
| Debtor(s). | |

I declare: I am employed in the County of Orange, State of California. I am over the age of eighteen (18) years and not a party to the within action; my business address is 1241 E. Dyer Road, Suite 250, Santa Ana, California, 92705. On the date stated below, I served the within **Transfer of Claim** in this action by placing a true copy thereof enclosed in a sealed envelope via postage pre-paid, regular first class mail and/or via electronic service as follows:

**SERVICE VIA U.S. MAIL:**
Christopher Anthony Theodore
6112 Anthony Ave
Garden Grove, CA 92845

PROOF OF SERVICE

1

1  Heather Ann Marie Theodore
   6112 Anthony Ave
2  Garden Grove, CA 92845

3  **ELECTRONIC SERVICE:**
   Michael G Spector
4  mgspector@aol.com

5
   Amrane Cohen
6  efile@ch13ac.com

7  United States Trustee (SA)
   ustpregion16.sa.ecf@usdoj.gov
8

9

10 Service was made on March 26, 2013 at Santa Ana, California.  I declare under penalty of
   perjury under the laws of the United States that the foregoing is true and correct.
11

12
                                              By: /s/ Liliana Navarro
13

PROOF OF SERVICE

2